UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ROCKNE SALSBERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cv-00066 |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation (Doc. No. 21), recommending that the Court deny Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 18). No timely objects have been filed.

Upon de novo review of the record, the Report and Recommendation is **APPROVED AND ADOPTED**. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 18) is **DENIED**, the final decision of the Commissioner is **AFFIRMED**, and this action is **DISMISSED**.

This Order is a final judgment.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE